EAG:JRL
F.#2012R001008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

JUANA DE LOS SANTOS,

        Defendant.

- - - - - - - - - - - - - - - - -X

INDICTMENT

CR 12 - 463

(T. 21, U.S.C.,
§§ 841(a)(1),
841(b)(1)(A)(i), 952(a),
960(a)(1), 960(b)(1)(A);
T. 18, U.S.C.,
§§ 3551 et seq.)

MATSUMOTO, J.

J. ORENSTEIN, M.J.

*FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. ★ JUL 17 2012 ★ BROOKLYN OFFICE*

THE GRAND JURY CHARGES:

### COUNT ONE
(Importation of Heroin)

On or about June 24, 2012, within the Eastern District of New York and elsewhere, the defendant JUANA DE LOS SANTOS did knowingly and intentionally import a controlled substance into the United States from a place outside thereof, which offense involved one kilogram or more of a substance containing heroin, a Schedule I controlled substance.

(Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(A); Title 18, United States Code, Sections 3551 et seq.)

### COUNT TWO
(Possession of Heroin with Intent to Distribute)

On or about June 24, 2012, within the Eastern District of New York, the defendant JUANA DE LOS SANTOS did knowingly and

intentionally possess with intent to distribute a controlled substance, which offense involved one kilogram or more of a substance containing heroin, a Schedule I controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i); Title 18, United States Code, Sections 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

By: _____
Assistant U.S. Attorney

F. #2012R01008
FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

*Juana De Los Santos,*

Defendant.

# INDICTMENT

(T. 21, U.S.C., §§ 841(a)(1), 841(b)(1)(A)(i), 952(a), 960(a)(1) and 960(b)(1)(A);
T. 18, U.S.C., §§ 3551 et seq.)

*A true bill.*

_____
                                                                                *Foreman*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
                                                                                *Clerk*

*Bail, $* _____

*Jennifer R. Laraia, Special Assistant U.S. Attorney (718-254-6108)*